IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES BOGERT and** : | **CIVIL ACTION** |
| **FRANCIS BOGERT** : | |
| : | |
| **v.** : | |
| : | |
| **NATIONAL RAILROAD PASSENGER** : | |
| **CORPORATION, CENTRAL PARKING** : | |
| **SYSTEM, 711 INVESTMENT CORPORATION**: | |
| **CITY OF PHILADELPHIA,** : | |
| **SOUTHEASTERN PENNSYLVANIA** : | |
| **TRANSPORTATION AUTHORITY and** : | |
| **JOHN DOE** : | **NO.  02-CV-3681** |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdrawal my appearance on behalf of Defendant, National Railroad Passenger Corporation, t/a Amtrak in the above captioned matter.

    Defendant, National Railroad Passenger Corporation, t/a Amtrak demands a jury trial, jury of twelve with alternates is demanded.

                              HOHN & SCHEUERLE

                              By:_____
                                  STEPHEN A. SCHEUERLE, ESQUIRE
                                  Attorney for Defendant, Amtrak
                                  1835 Market Street, Suite 2901
                                  Philadelphia, PA 19103
                                  (215) 496-9995