IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BOGERT and<br>FRANCIS BOGERT,<br><br>               Plaintiffs,<br><br>    v.<br><br>CENTRAL PARKING SYSTEM,<br>NATIONAL RAILROAD PASSENGER CORPORATION<br>t/a AMTRAK, CITY OF PHILADELPHIA,<br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION<br>AUTHORITY and JOHN DOE and/or JOHN DOE<br>PARTNERSHIP and/or JOHN DOE CORPORATION,<br><br>               Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>No. 02-CV-3681 |

**ORDER**

AND NOW, this ____ day of October, 2002, upon consideration of the following motions before this Court, it is hereby **ORDERED** as follows:

1. Upon consideration of Defendant City of Philadelphia's Motion to Dismiss (Docket No. 2), Plaintiffs' Motion to Strike (Docket No. 4), Defendant's response thereto (Docket No. 5), and Plaintiffs' reply (Docket No. 8), it is **ORDERED** that Defendant City of Philadelphia's motion to dismiss is **DENIED**.

2. Upon consideration of Defendant Central Parking System's Motion to Dismiss (Docket No. 6) and Plaintiffs' response thereto (Docket No. 9), it is **ORDERED** that Defendant Central Parking System's motion to dismiss is **DENIED**.

3. Upon consideration of Defendant Southeastern Pennsylvania Transportation Authority's Motion for Summary Judgment (Docket No. 16) and Plaintiffs' response thereto (Docket No. 20), it is **ORDERED** that Defendant Southeastern Pennsylvania Transportation

Authority's motion for summary judgment is **DENIED**.

4. Pursuant to the Scheduling Order entered by this Court on September 9, 2002, all discovery in this case is to be completed by December 31, 2002.

BY THE COURT:

_____

RONALD L. BUCKWALTER, J.