IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BOGERT | : | CIVIL ACTION |
| v. | : | |
| CENTRAL PARKING SYSTEM, et al. | : | NO. 02-3681 |

**O R D E R**

      AND NOW, this 19th day of March, 2003, it is Ordered that, in accordance with the agreement of counsel, this case is DISMISSED.

BY THE COURT

ATTEST:

BY:_____

      Deputy Clerk